

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2019

No. 04-17-00676-CV

**REAL PROPERTY LOCATED AT 404 FULLER ST.**, Kerrville, Kerr County, Texas,
Appellants

v.

**THE STATE OF TEXAS,**
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

Appellant's motion for rehearing was due to be filed in this appeal on January 3, 2019. This court construed a prior letter filed by appellant as a motion for extension of time to file her motion for rehearing and extended the deadline to February 11, 2019. On January 18, 2019, appellant filed another letter requesting this court to extend the deadline to file her motion for rehearing until the Texas Court of Criminal Appeals ruled on the habeas applications she filed regarding four criminal cases. The request is DENIED. Appellant's motion for rehearing must be filed no later than February 11, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court